

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00134-CV

| | | |
|---|---|---|
| IN RE THE ASPEN EQUITY PARTNERS, LP, D/B/A THE ASPEN APARTMENTS, Relator | § | Original Proceeding |
| | § | 348th District Court of Tarrant County, Texas |
| | § | Trial Court No. 348-348934-23 |
| | § | July 18, 2025 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. We conditionally grant the writ of mandamus and instruct the trial court to vacate its February 20, 2025 order granting Real Party in Interest's amended motion to conduct net-worth discovery. We lift the March 25, 2025 stay order.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack

Justice Dana Womack